**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

SAMUEL T. ROSS,                   :   No. 438 EAL 2017
                                  :
                  Petitioner      :
                                  :
                                  :   Petition for Allowance of Appeal from
                                  :   the Order of the Superior Court
        v.                        :
                                  :
                                  :
UNIVERSITY OF PENNSYLVANIA        :
HEALTH SYSTEM, KATHERINE          :
FLEMING-COHEN AND KASHYAP         :
PANGANAMAMULA, M.D.,              :
                                  :
                  Respondents     :

## ORDER

**PER CURIAM**

    **AND NOW**, this 6th day of February, 2018, the Petition for Allowance of Appeal is **DENIED**.